UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Textainer Equipment Management Limited,

                Plaintiff,

   -against-

South African Independent Liner Services (Pty) Ltd, et al.,
                Defendants.
-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: September 30, 2009

**09 Civ. 3240 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since April 3, 2009, and there having been no activity since April 22, 2009, it is,

ORDERED, that the above-entitled action is DISMISSED, and the maritime attachment order is vacated. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       September 30, 2009

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1